CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__   Erie ____   Johnstown ____

Related to No. ____15-212____ Judge ____McVerry____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. _X_ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: Abigale Lee Miller

Is Indictment waived:   _X_ Yes    ____ No

Pretrial Diversion:   ____ Yes    _X_ No

Juvenile proceeding:   ____ Yes    _X_ No

Defendant is:   ____ Male    _X_ Female

Superseding Indictment or Information   ____ Yes    ____ No

Previous case number: _____

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismiss on government's motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred: Allegheny

Previous proceedings before Magistrate Judge: _____

Case No. :

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date
continuous U.S. custody began: _____

Defendant:                          ____ is in custody    x  is not in custody

Name of Institution:                 _____

Custody is on:                       ____ this charge    ____ another charge

                                          ____ another conviction

                                     ____ State          ____ Federal

Detainer filed:                      ____ yes            ____ no

Date detainer filed: _____

Total defendants:                    1

Total counts:                        1

Data below applies to
defendant No.:                       1

Defendant's name:                    Abigale Lee Miller

| COUNT | U.S. CODE | OFFENSE | FELONY |
|-------|-----------|---------|--------|
| 1 | 31 U.S.C. §§ 5324(c)(1) and 5316(a)(1)(B) | Structuring International Monetary Instrument Transactions | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: _____

*(signature)*
GREGORY C. MELUCCI
Assistant U.S. Attorney
PA ID No. 56777